IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIAM R. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-033 |
| | ) | |
| TIMOTHY C. WARD; | ) | |
| KIM PATTON-JOHNSON; and | ) | |
| STEPHANIE DANIELS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia even though the named Defendants, as well the actions and/or omissions complained of, occurred in and around Atlanta, Georgia, located in the Northern District of Georgia.[1] (See doc. no. 1.) Thus, the proper venue is the Northern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.[2]

SO ORDERED this 20th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] It appears Plaintiff is challenging actions taken by officials on, or working for, the Georgia Board of Pardons and Paroles. Indeed, it appears Plaintiff previously filed a lawsuit in the Northern District of Georgia raising claims related to the same series of events addressed in the instant case and named the three Defendants in the above caption as part of a larger group of defendants. See Jackson v. National Assoc. of Extradition Officials, et al., No. 1:22-CV-0017 (N.D. Ga. Jan. 3, 2022).

[2] The mailing address for the Office of the Clerk in the Northern District is 2211 U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3361.